FILED
2019 Nov-01 PM 01:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| IGOR SIVOKOZOV, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Case No.: 5:19-cv-1274-LCB |
| ALABAMA REGIONAL-CENTER PROJECT I, LP, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Defendants/Counterclaimants/Third-Party Plaintiffs Alabama Regional-Center Project I, L.P., ARCP-GP LLC, GSH of Alabama LLC, Barbara Stokes, and Scott Stokes (collectively "defendants") have filed a motion to interplead funds (doc. 29), requesting that the Court direct the deposit of the disputed funds that are the subject of this litigation into the Court's registry.

The motion to interplead funds is not opposed by plaintiff Igor Sivokozov or third-party defendants Eric Yan, Yuying Zhao, Jong Wook Lee, Mohammad Ali Foroutanan, Habibollah Jahanian, Mohammad R. Nezamabadi, Fattaneh Vasseghi, Aekyung Lee, Sun Young Kim, and Shinya Miyamoto. (Docs. 41, 46, 47). Nor has any other party objected. The Court notes that these parties do not waive the right to challenge distribution of the disputed funds or entitlement to attorneys' fees. (*Id.*).

Accordingly,

IT IS ORDERED that the motion to interplead funds (doc. 29) is GRANTED. Within **thirty (30) days of entry of this Order**, defendants shall deposit by check into the Court's registry the disputed funds in the amount of five million five hundred twenty-five thousand, eight hundred nineteen dollars and forty-two cents (**$5,525,819.42**) plus any accrued interest prior to deposit into the registry of the Court.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 2361 the parties to this litigation are hereby RESTRAINED and ENJOINED from instituting or prosecuting any proceeding in any state or federal court affecting or determining the rights to the disputed finds in this action.

**DONE** and **ORDERED** November 1, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE